**IN THE DISTRICT COURT OF THE UNITED STATES FOR THE**

**MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION**

```
UNITED STATES OF AMERICA    )
                            )    CRIMINAL ACTION NO.
     v.                     )        2:21cr173-MHT
                            )            (WO)
KACIE LAYNE BROWN           )
```

**ORDER**

Based on the representations made on the record during the conference call on August 19, 2021, and by agreement of the parties, it is ORDERED as follows:

(1) Defendant Kacie Layne Brown represented his intent to file a notice of intent to change plea by 5:00 p.m. on August 19, 2021.

(2) The trial, now set for September 13, 2021, remains set for September 13, 2021, in Courtroom 2FMJ of the Frank M. Johnson Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

DONE, this the 19h day of August, 2021.

                                            /s/ Myron H. Thompson
                                    **UNITED STATES DISTRICT JUDGE**