IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )    CRIMINAL ACTION NO.
    v.                      )       2:21cr173-MHT
                            )            (WO)
KACIE LAYNE BROWN           )
```

SUPPLEMENTAL ORDER ON
CONDITIONS OF SUPERVISED RELEASE

In accordance with the judgment of conviction entered today, and in order to address defendant Kacie Layne Brown's mental health, addiction, and history of being a victim of violence, it is ORDERED that, upon commencement of supervised release, the United States Probation Office shall arrange for defendant Brown to receive a mental-health evaluation and treatment. Specifically, the Probation Office shall arrange for defendant Brown to: (1) as soon as possible after supervision begins, have a psychiatric consult so that she can keep receiving any psychiatric medication she was receiving prior to her release from incarceration; (2) within 45 days of the commencement of supervision, undergo a thorough psychological evaluation to diagnose

any mental-health and substance-abuse disorders she may have and to make treatment recommendations for any identified disorders or other mental-health issues; (3) within 30 days of commencement of supervision, receive mental-health treatment, which shall include psychotherapy at least twice per month, unless contraindicated by the evaluation, focused on dealing with stressors without resorting to substance abuse, and addressing her history of experiencing violence, as well as any other areas the psychotherapist finds appropriate.

It is further ORDERED that the Probation Office shall file the evaluation report under seal within 60 days of the start of supervision.

DONE, this the 22nd day of April, 2022.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**